Oliver K. Halverson, et al., First National Bank of Murphysboro, a Corporation, Not Personally, But as Trustee Under Trust Dated February 15, 1965, Known as Trust No. 50–A, Robert L. Morgan, et al., Plaintiffs-Appellants, v. County Board of School Trustees of Jackson County, Illinois, Murphysboro Community Unit School District #186 Jackson County, Illinois, Carbondale Elementary School District 95 Jackson County, Illinois, Carbondale High School District #165 Jackson County, Illinois, James C. Blackwood, et al., Defendants-Appellees.

Gen. No. 67–86. (Abstract of Decision.)

Fifth District.

December 6, 1967.

Kenneth B. Powless, of Marion, and W. Troy Barrett, of Carbondale, for appellants; Wolff, Jones & Lawder, of Murphysboro, for appellees. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.